### NEW YORK COMMON PLEAS.

JEREMIAH DRISCOLL agt. SAME, and THORNE, captain of police, instead of JAMES G. BOGART.

JOHN McKEON and FRED. SMYTH, *for plaintiff*.
CHARLES TRACY, GEORGE BLISS, JR., and A. J. VANDERPOEL, *for defendants*.

The facts in this case are briefly these:

The plaintiff is engaged in selling spirituous liquors in small quantities to be drank on the premises. He does not keep an inn, tavern or hotel. He has no license from any source. The defendants, with the exception of Kennedy and Cameron, are the board of excise, created under the law of April 14, 1866. The defendants, Acton, Bosworth, Manierre and Bergen, are the board of police. The defendants, Kennedy and Cameron, are officers under the control of the board of police, and in no manner subject to the orders of the board of excise.

The plaintiff alleges that the act of April 14, 1866, is unconstitutional and void; that the several defendants have combined to execute it, and will, by repeated arrests, and by closing his place of business, inflict upon him irreparable injury. To prevent this he asks the equitable interference of this court by way of injunction.

In the matter of James De Vaucene.

beer, in quantities not less than five gallons at a time, upon receiving a license, fees to be fixed in their discretion, and which shall not be less than $30 nor more than $250.

The eighth section prohibits the sale by persons having such licenses on Sundays, and also on any day upon which a general or special election or town meeting shall be held, within one quarter of a mile from the place where the same shall be held.

The sixteenth section declares that every person who shall violate any of the previous provisions of the said act, shall for such offense be guilty of a misdemeanor, and on conviction thereof, shall be punished by a fine of not less than $30 nor more than $100, or with imprisonment for not less than ten days nor more than thirty days, or by both such fine and

The defendants deny all the plaintiff's allegations as to irreparable injury; they show that they have not seized and taken possession of the plaintiff's place of business, but that on the contrary, the defendant, Kennedy, the executive officer of the police, has especially forbidden this to be done.

The defendants, other than the board of police, Kennedy and Cameron, deny that they have anything to do with arresting the plaintiff or any one, or with enforcing the act of April 14, 1866, in any way. They deny all confederation with the other defendants.

The allegations of unconstitutionality, deprivation of rights and property, &c., &c., are all denied by all the defendants.

In the *Driscoll case* the following additional point was also urged by the defendants' counsel:

1. The plaintiff has no standing in court to ask its equitable interference. Even if his position is correct, that the law of April 14, 1866, is unconstitutional and void, the law of 1857 remains in full force, and the plaintiff is in constant and flagrant violation of that act. Yet he asks this court to protect him in carrying on that identical business. In other words, this court is asked, because one law is alleged to be unconstitutional, to protect the plaintiff in violating another act, the constitutionality of which has been affirmed by the court of appeals. (*Commissioners of Excise of Tompkins Co.* agt. *Taylor*, 21 *N. Y.* 173; *Laws of* 1857, *vol.* 2, *pages* 410, 411, §§ 13, 14; 1 *R. S.* 676, §§ 71, 72, *part I.*, *ch.* 20, *tit.* 8, *art.* 8; *Laws of* 1860, *page* 448, § 42).

These laws it is the duty of the police to enforce, and the plaintiff seeks to forbid them by injunction. (*Laws of* 1860, *pages* 444, 445, §§ 29, 30.)

It is contrary to law and to equity for the court to grant him an injunction or to entertain his suit. (*Griffith* agt. *Wells*, 3 *Denio*, 226; *Bank of U. S.* agt. *Owen*, 2 *Pet.* 527, 539; *Seneca Co. Bank* agt. *Lamb*, 26 *Barb.* 595; *Thalmier* agt. *Brinkerhoff*, 20 *Johns.* 386, 397; *Pennington* agt. *Townsend*, 7 *Wend.* 276, 280; *Scott* agt. *Burton*, 2 *Ashmead*, 312; *Biddle* agt. *Ash*, *Id.* 211; *Morse* agt. *Machias*, 42 *Maine* 119).